UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRION AR'MOND GOFF           CIVIL ACTION

VERSUS           NO. 17-10547

MIKE TODD ET AL.           SECTION "F" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date defendants have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that defendants' motion to dismiss is GRANTED IN PART in that plaintiff's failure to investigate and retaliation claims are DISMISSED WITH PREJUDICE and DENIED IN PART as to plaintiff's free exercise of religion claims.

IT IS ORDERED that defendants file a motion for summary judgment supported by evidence sufficient to address the prison policy, the legitimate penological interest defendants have in preventing plaintiff from wearing his kufi caps, and the extent of the policy's impact on plaintiff's exercise of his religious rights. The Magistrate Judge is directed to issue a scheduling order for defendants to file a motion for summary judgment and for plaintiff to file a response.

New Orleans, Louisiana, this 21st day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE