UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRION AR'MOND GOFF | CIVIL ACTION |
| VERSUS | NO. 17-10547 |
| MIKE TODD ET AL. | SECTION "F" (2) |

## **O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 2, 2018 (Rec. Doc. No. 21), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that defendants' motion for summary judgment is GRANTED.

New Orleans, Louisiana, this \_\_\_24th\_\_\_ day of \_\_\_September\_\_\_, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE